## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CR. NO. 3:23-CR- 149 |
| v. : | |
| : | (Judge Mannion) |
| (1) NICHOLAS DOMBEK, : | |
| (2) DAMIEN BOLAND, : | |
| (3) ALFRED ATSUS, and : | |
| (4) JOSEPH ATSUS, : | |
| : | |
| Defendants. : | |

**FILED**
**SCRANTON**

JUN 0 6 2023

Per_____
DEPUTY CLERK

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. §371
(Conspiracy to Commit Theft of Major Artwork,
Concealment and Disposal of Major Artwork, and Interstate
Transportation of Stolen Property)

I.   **Introduction**

At times material to the Indictment:

1.    The defendants are residents of the Commonwealth of Pennsylvania.

2.    A "museum" as defined in Title 18, United States Code, Section 668, is an organized and permanent institution, the activities of which affect interstate and foreign commerce, that (a) is situated in the

United States; (b) is established for an essentially educational and aesthetic purpose; (c) has a professional staff, and; (d) owns, utilizes, and cares for tangible items that are exhibited to the public on a regular schedule.

3.     An "object of cultural heritage," as defined in Title 18, United States Code, Section 668, is an object that is either over 100 years old and worth in excess of $5,000 or that is less than 100 years old and worth at least $100,000.

4.     The following institutions are all situated in the United States, have been established for essentially educational or aesthetic purposes, have professional staffs, own, utilize, or care for tangible items that are exhibited to the public on a regular schedule, and are "museums" as defined in Title 18, United States, Code, Section 668:

(1)     The Everhart Museum located in Scranton, Pennsylvania;

(2)     The Space Farms Zoo and Museum located in Wantage, New Jersey;

(3)     The Lackawanna County Historical Society located in Scranton, Pennsylvania;

(4)     Ringwood Manor located in Ringwood, New Jersey;

(5)     The Sterling Hill Mining Museum located in Ogdensburg, New

Jersey;

(6)     The United States Golf Association ("USGA") Golf Museum & Library located in Liberty Corner, New Jersey;

(7)     The Harness Racing Museum and Hall of Fame located in Goshen, New York;

(8)     The National Museum of Racing & Hall of Fame located in Saratoga Springs, New York;

(9)     The Yogi Berra Museum & Learning Center located in Little Falls, New Jersey;

(10)    The Hillwood Estate, Museum, and Gardens located in Washington, District of Columbia;

(11)    The International Boxing Hall of Fame located in Canastota, New York;

(12)    The Roger Maris Museum located in Fargo, North Dakota;

(13)    The Franklin Mineral Museum located in Franklin, New Jersey, and;

(14)    The Harvard Mineralogical & Geological Museum located in Cambridge, Massachusetts.

5.      The following items are "objects of cultural heritage," as defined in Title 18, United States Code, Section 668, in that they are

3

either over 100 years old and worth in excess of $5,000 or are less than 100 years old and worth at least $100,000:

(1)  "Le Grande Passion," by Andy Warhol;

(2)  An 1861 Colt Dragoon .44 caliber 6-shot percussion revolver;

(3)  An 1847 Colt Walker .44 caliber 6-shot percussion revolver;

(4)  An 1836 Colt Paterson .36 caliber 5-shot revolver;

(5)  An 1903-1904 Tiffany Lamp stamped with "Tiffany Studios" with serial number 29743-2;

(6)  "Upper Hudson" by Jasper Crospey;

(7)  A W.F. Mills & Son Model 1860 7-barrel percussion rifle, serial number 2193 ("Tiger Gun");

(8)  An Aston Model 1851 Cavalry Pistol;

(9)  A Replica of the 1953 Hickok Belt awarded to Ben Hogan;

(10)  A Replica of the USGA U.S. Amateur Trophy;

(11)  Two Loving Cups;

(12)  A Faberge Silver punchbowl, stand, and ladle;

(13)  The 1905 Saratoga Special Trophy;

(14)  The 1903 Brighton Cup Trophy;

(15)  The 1903 Belmont Stakes Trophy;

(16)  Nine (9) World Series Rings awarded to Yogi Berra;

4

(17)   Seven (7) championship and other rings awarded to Yogi

Berra;

(18)   Two MVP Plaques awarded to Yogi Berra;

(19)   The 1961 Hickok Belt awarded to Roger Maris; and

(20)   The 1961 MVP Trophy awarded to Roger Maris;

6.     From in or about August of 1999 and continuing through in or about September of 2019, in the Middle District of Pennsylvania, the District of New Jersey, the Southern District of New York, the Northern District of New York, the District of North Dakota, the District of Columbia, the District of Massachusetts, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,**
(2) **DAMIEN BOLAND,**
(3) **ALFRED ATSUS,** and
(4) **JOSEPH ATSUS,**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States, that is: to steal from the care, custody, and control of various museums certain objects of cultural heritage; knowing that certain objects of cultural heritage had been stolen, if in fact the object had been stolen or obtained by fraud from the care, custody, or control of a museum,

received, concealed, exhibited, or disposed of the objects, and transported in interstate or foreign commerce goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, in violation of Title 18, United States Code, Section 668(b)(1), Title 18, United States Code, Section 668(b)(2), and Title 18, United States Code, Section 2314.

## II.    Manner and Means and Purpose of the Conspiracy

7.    During the aforementioned period of the time, it was part of the conspiracy for the defendants, and other conspirators both known and unknown to the Grand Jury, to conduct research in order to locate collections which contained valuable pieces of artwork, antiques, sports memorabilia, and other items, many of which constituted objects of cultural heritage.

8.    It was part of the conspiracy that the defendants, and other conspirators both known and unknown to the Grand Jury, made several trips to various institutions, many of which constituted museums, where the above-described objects were displayed, for the purpose of gaining knowledge of security measures, access points, exit points, and the physical displays of the above-described objects.  The defendants and

other conspirators known to the Grand Jury recorded these trips for the purpose of later reviewing the above-described security measures prior to the theft of the objects of cultural heritage, and to conduct further research into the value of the objects of cultural heritage displayed therein.

9.    It was part of the conspiracy that the defendants, and other conspirators, known and unknown to the Grand Jury, visited the museums and other repositories, broke into the museums and other repositories, smashed, or destroyed the protective display cases, and stole and removed objects of cultural heritage.

10.    It was part of the conspiracy that the defendants, and other conspirators both known and unknown to the Grand Jury, would meet at various pre-arranged locations to itemize, distribute, and break-down the objects of cultural heritage between the defendants.  The defendants utilized three locations in particular, the residence of Nicholas DOMBEK, a bar owned and operated by Damien BOLAND, and the residence of Conspirator No. 2, whose identity is known to the Grand Jury, all located in Lackawanna County, Pennsylvania, within the Middle District of Pennsylvania.

11.    It was part of the conspiracy that the defendants, and other

conspirators both known and unknown to the Grand Jury, would strip the objects of cultural heritage of the gemstones and other valuable attachments prior to melting the objects down into easily transportable bars, disks, pucks, and other small pieces of the valuable metals.

12.  It was part of the conspiracy that the defendants, and other conspirators both known and unknown to the Grand Jury, would transport the above-described gemstones and valuable metals to individuals both known and unknown to the Grand Jury, located within New York City, in the Southern District of New York, to sell the objects for cash.

13.  It was part of the conspiracy that the defendants, and other conspirators both known and unknown to the Grand Jury, would sell objects of cultural heritage which could not be broken down, such as antique firearms and paintings, to each other and to various individuals, both known and unknown to the Grand Jury, for cash.

14.  It was part of the conspiracy that the defendants would transport the above-described antique firearms and paintings to other residences belonging to the defendants and other conspirators known to the Grand Jury in order to conceal the objects from law enforcement investigators.

8

## III.   Overt Acts

15.   In furtherance of the conspiracy and in order to effect the objects thereof, one or more of the conspirators committed and caused to be committed the following overt acts, in the Middle District of Pennsylvania, and elsewhere:

### Keystone College

(1)   On or about August 13, 1999, Joseph ATSUS and Conspirator No. 1, whose identity is known to the Grand Jury, drove to Keystone College located in Factoryville, Pennsylvania, with the purpose of stealing sports memorabilia which had belonged to Christy Matthewson.

(2)   On or about August 13, 1999, Joseph ATSUS and Conspirator No. 1 possessed two-way radios ("Walkie-Talkies") to communicate with each other during the above-described theft.

(3)   On or about August 13, 1999, Conspirator No. 1 entered Keystone College without authorization and broke the glass display cases containing sports memorabilia which had belonged to Christy Matthewson.

(4)   On or about August 13, 1999, Conspirator No. 1 stole and removed sports memorabilia which had belonged to Christy

Matthewson from Keystone College, including, but not limited to a 1906 Spalding baseball jersey worn by Christy Matthewson, a 1902 contract between Christy Matthewson and the N.Y. Giants, and a 1916 contract between Christy Matthewson and the Cincinnati Reds.

(5)   On or about August 14, 1999, Joseph ATSUS stored the sports memorabilia described in subparagraph (4) in his grandmother's home located in Pennsylvania.

(6)   After August 13, 1999, Joseph ATSUS transported the sports memorabilia described in subparagraph (4) to a residence owned by Joseph ATSUS and Alfred ATSUS in Union, New Jersey, with the purpose of concealing the above-described sports memorabilia.

**Everhart Museum**

(7)   Prior to November 18, 2005, Nicholas DOMBEK, Alfred ATSUS, Damien BOLAND, and Conspirator No. 1, either collectively or individually, made multiple visits to the Everhart Museum located in Scranton, Pennsylvania to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(8)     Prior to November 18, 2005, Nicholas DOMBEK researched the value of the artwork displayed within the Everhart Museum located in Scranton, Pennsylvania.

(9)     On or about November 18, 2005, Joseph ATSUS, Damien BOLAND, and Conspirator No. 1 drove to the Everhart Museum with the intent to break inside and steal objects of cultural heritage which were displayed herein.

(10)    On or about November 18, 2005, Conspirator No. 1 used a ladder to smash the exterior and interior doors of the Everhart Museum.

(11)    On or about November 18, 2005, while Joseph ATSUS and Damien BOLAND remained outside, Conspirator No. 1 entered the Everhart Museum without authorization and stole and removed "Le Grande Passion," a 1984 work by Andy Warhol valued at over $100,000, and "Springs Winter" a work by Jackson Pollock.

(12)    On or about November 18, 2005, Joseph ATSUS, Damien BOLAND, and Conspirator No. 1 drove the artwork described in subparagraph (11) to the residence of Conspirator No. 2.

(13)    After November 18, 2005, Joseph ATSUS and Conspirator No.

11

1 transported the artwork described in subparagraph (11) to a residence owned by Joseph ATSUS and Alfred ATSUS in Union, New Jersey, for the purpose of concealing the artwork.

(14)   After November 18, 2005, Damien BOLAND, Alfred ATSUS, Joseph ATSUS, and Conspirator No. 1 utilized a public pay phone located in Union, New Jersey, to call a reward hotline set up by the owner of the artwork described in subparagraph (11) with the purpose of collecting a reward for the return of the artwork.

(15)   After November 18, 2005, Alfred ATSUS paid Damien BOLAND $5,000 to take over BOLAND's share of any future proceeds of the sale or return of the artwork described above in subparagraph (11).

## Space Farms Zoo and Museum

(16)   Prior to June 28, 2006, Nicholas DOMBEK, Damien BOLAND, Joseph ATSUS, and Conspirator No. 1 made multiple visits to the Space Farms Zoo and Museum located in Wantage, New Jersey, either collectively or individually, to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(17)   Prior to June 28, 2006, Nicholas DOMBEK, Damien BOLAND, Joseph ATSUS, and Conspirator No. 1 met and formulated a plan to break-in, steal and remove objects of cultural heritage from the Space Farms Zoo and Museum.

(18)   On or about June 28, 2006, Damien BOLAND drove Joseph ATSUS and Conspirator No. 1 to the Space Farms Zoo and Museum with the purpose of breaking into the museum and to steal and remove objects of cultural heritage displayed therein.

(19)   On or about June 28, 2006, Conspirator No. 1 smashed a door, entered the Space Farms Zoo and Museum without authorization, and smashed several display cases found therein with a tool.

(20)   On or about June 28, 2006, Conspirator No. 1 stole and removed several objects of cultural heritage, including, but not limited to, an 1861 Colt Dragoon .44 caliber 6-shot percussion revolver, an 1857 Colt Walker .44 caliber 6-shot percussion revolver, and an 1836 Colt Paterson .36 caliber 5-shot revolver, each worth over $5,000, from the Space Farms Zoo and Museum.

(21)   After June 28, 2006, Damien BOLAND possessed the 1857 Colt

Walker .44 caliber 6-shot percussion revolver, described above
in subparagraph (20), as his share of the proceeds of the theft
described above in subparagraph (20).

(22)    After June 28, 2006, Alfred ATSUS paid Conspirator No. 1
$6,000 for possession of the 1836 Colt Paterson .36 caliber 5-
shot revolver, described above in subparagraph (20).

(23)    After June 28, 2006, Joseph ATSUS paid Conspirator No. 1
$12,500 for possession of the 1861 Colt Dragoon .44 caliber 6-
shot percussion revolver, described above in subparagraph (20).

(24)    After June 28, 2006, Conspirator No. 1 offered to sell the 1857
Colt Walker .44 caliber 6-shot percussion revolver, described
above in subparagraphs (20) and (21), to Conspirator No. 3,
whose identity is known to the Grand Jury, for $6,000.

### Lackawanna County Historical Society

(25)    On or about July 2, 2010, Damien BOLAND drove Conspirator
No. 1 to the Lackawanna County Historical Society located in
Scranton, Pennsylvania, with the purpose of breaking into the
museum and to steal and remove objects of cultural heritage
displayed therein.

(26)    On or about July 2, 2010, Conspirator No. 1 broke into the

14

Lackawanna County Historical Society through a window, stole and removed a 1903-1904 Tiffany lamp, stamped with "Tiffany Studios" and with serial number 29743-2, which was displayed therein.

(27)   After July 2, 2010, Damien BOLAND and Conspirator No. 1 drove to New York City and sold the Tiffany lamp described above in subparagraph (26) to an individual named "King Joe" in exchange for approximately $6,300.

## Ringwood Manor

(28)   Prior to March 2, 2011, Nicholas DOMBEK, Damien BOLAND, Alfred ATSUS, and Conspirator No. 1 made multiple visits to Ringwood Manor in Ringwood, New Jersey, either collectively or individually, in order to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(29)   Prior to March 2, 2011, Nicholas DOMBEK and Conspirator No. 1 met and formulated a plan to steal objects of cultural heritage displayed within Ringwood Manor located in Ringwood, New Jersey.

(30)   On or about March 2, 2011, Joseph ATSUS drove Damien

BOLAND and Conspirator No. 1 to Ringwood Manor in Ringwood, New Jersey with the purpose of breaking into the museum and to steal and remove objects of cultural heritage displayed therein.

(31)   On or about March 2, 2011, Joseph ATSUS, Damien BOLAND, and Conspirator No. 1 possessed Walkie-Talkie radios to communicate with each other during the break-in and theft from Ringwood Manor.

(32)   On or about March 2, 2011, Damien BOLAND and Conspirator No. 1 entered Ringwood Manor without authorization, smashed several display cases and stole and removed several objects of cultural heritage, including but not limited to "Upper Hudson," an 1871 painting by Jasper Crospey worth approximately $500,000, a W.F. Mills & Son Model 1860 7-barrel percussion rifle, a/k/a "Tiger Gun," worth approximately $250,000, and an Aston Model 1851 Cavalry pistol worth approximately $30,000.

(33)   On or about March 2, 2011, Joseph ATSUS, Damien BOLAND, and Conspirator No. 1 transported the objects of cultural heritage described above in subparagraph (32) to the residence of Conspirator No. 2.

16

(34) On or about March 2, 2011, Damien BOLAND and Conspirator No. 1 inspected the objects of cultural heritage described above in subparagraph (32) and other items stolen from Ringwood Manor.

(35) After March 2, 2011, Conspirator No. 1 transported "Upper Hudson," described above in subparagraph (32) to the residence of Nicholas DOMBEK with the purpose of concealing the painting.

(36) After March 2, 2011, Nicholas DOMBEK burned "Upper Hudson," described above in subparagraph (32) to prevent law enforcement investigators from recovering the painting and using it as evidence against him.

(37) After March 2, 2011, Conspirator No. 1 gave all the silver items stolen from Ringwood Manor to Nicholas DOMBEK.

(38) After March 2, 2011, Conspirator No. 1 paid Joseph ATSUS $500 for driving Damien BOLAND and Conspirator No. 1 to Ringwood Manor on the night of the theft.

(39) After March 2, 2011, Nicholas DOMBEK possessed the W.F. Mills & Son Model 1860 7-barrel percussion rifle and sold the firearm to Conspirator No. 3, whose identity is known to the

Grand Jury.

### Scranton Country Club

(40)  Prior to March 10, 2011, Joseph ATSUS posed as a prospective member of the Scranton Country Club in order to be shown around the Scranton Country Club clubhouse with the purpose of viewing sports memorabilia and other valuable objects displayed therein as well as any security measures in place to protect those items.

(41)  Prior to March 10, 2011, Joseph ATSUS, Damien BOLAND, and Conspirator No. 1 met and formulated a plan to steal sports memorabilia and other tangible items displayed within the Scranton Country Club clubhouse.

(42)  On or about March 10, 2011, Damien BOLAND drove Conspirator No. 1 to the Scranton Country Club with the purpose of breaking into the clubhouse and to steal and remove sports memorabilia objects and other items displayed therein.

(43)  On or about March 10, 2011, Conspirator No. 1 entered the clubhouse of the Scranton Country Club without authorization, stole and removed several items, including but not limited to the Annual Brother Tournament Trophy, the Annual

Woolworth Handicap Trophy, the Monthly Handicap Trophy, the Fuller Trophy, the 1936 Interclub Tournament Trophy, the Thomas R. Brooks Handicap Trophy, the 1936-1940 Four City Tournament Trophy, the Milwaukee Open Trophy awarded to Art Wall, Jr., the Eastern Open Trophy awarded to Art Wall, Jr., the Pennsylvania Amateur Cup awarded to Art Wall, Jr., and the Pennsylvania Amateur Low Qualifier Cup awarded to Art Wall, Jr.

(44) On or about March 10, 2011, Damien BOLAND and Conspirator No. 1 transported the trophies described in subparagraph (43) to the residence of Conspirator No. 2 where BOLAND and Conspirator No.1 inspected the trophies and split up the proceeds.

(45) After March 10, 2011, Conspirator No.1 transported their share of the trophies described above in subparagraph (44) to the residence of Nicholas DOMBEK.

(46) After March 10, 2011, Nicholas DOMBEK melted down the trophies described above in subparagraph (45) to silver pucks.

(47) After March 10, 2011, Damien BOLAND and Conspirator No. 1 transported the silver pucks described above in subparagraph

(46) to a business in New York City and sold the silver pucks

for approximately $6,000.

(48)   After March 10, 2011, Damien BOLAND, Joseph ATSUS, and

Conspirator No.1 split the approximately $6,000 described

above in subparagraph (47) evenly between themselves as their

share of the proceeds from the theft from Scranton Country

Club.

### Sterling Hill Mining Museum

(49)   Prior to July 27, 2011, Nicholas DOMBEK and Conspirator No.

1 made multiple visits to the Sterling Hill Mining Museum in

Ogdensburg, New Jersey, either collectively or individually, to

view objects displayed therein and to observe the security

measures protecting said objects.

(50)   Prior to July 27, 2011, Nicholas DOMBEK, Joseph ATSUS, and

Conspirator No. 1 met and formulated a plan to steal objects of

cultural heritage displayed within the Sterling Hill Mining

Museum located in Ogdensburg, New Jersey.

(51)   On or about July 26, 2011, Joseph ATSUS drove Conspirator

No. 1 to the Sterling Hill Mining Museum located in

Ogdensburg, New Jersey, with the purpose of breaking into the

museum and to steal and remove objects displayed therein.

(52)  On or about July 26, 2011, Conspirator No. 1, looked through a window into the interior of the Sterling Hill Mining Museum and observed that gold and other metallic nuggets previously displayed therein, had been locked behind a safe.

(53)  On or about July 27, 2011, Joseph ATSUS drove Conspirator No. 1 to the Sterling Hill Mining Museum located in Ogdensburg, New Jersey, during the museum's open hours with the purpose of stealing and removing gold and other metallic nuggets displayed therein.

(54)  On or about July 27, 2011, Conspirator No. 1 entered the Sterling Hill Mining Museum wearing a painter's mask and other clothing designed to hide Conspirator No. 1's appearance.

(55)  On or about July 27, 2011, Conspirator No. 1 removed several gold and other metallic nuggets from the Sterling Hill Mining Museum, and then returned to the waiting vehicle driven by Joseph ATSUS.

(56)  On or about or after July 27, 2011, Nicholas DOMBEK utilized a torch to separate the precious metals from the rock contained in the gold and metallic nuggets described above in

subparagraph (55).

(57)   On or about July 28, 2011, Nicholas DOMBEK and Conspirator

No. 1 transported the resulting metal described above in

subparagraph (56) to a business in New York City and sold the

metal for a total of between $120,000 to $140,000.

(58)   After July 28, 2011, Conspirator No. 1 paid Joseph ATSUS

$17,000 for driving during the theft from the Sterling Hill

Mining Museum described above in subparagraph (55).

Conspirator No. 1 and Nicholas DOMBEK split the remainder

of the proceeds from the theft between themselves.

### USGA Golf Museum & Library

(59)   Prior to May 16, 2012, Nicholas DOMBEK, Damien BOLAND,

and Conspirator No. 1 made multiple visits to the USGA Golf

Museum & Library, New Jersey, located in Liberty Corner,

New Jersey, either collectively or individually, to view objects

of cultural heritage displayed therein and to observe the

security measures protecting said objects.

(60)   Prior to May 16, 2012, during one of the trips described above

in subparagraph (59), Nicholas DOMBEK tested the thickness

of the glass in a display case at the USGA Golf Museum &

Library by scratching the display case glass with a coin.

(61) Prior to May 16, 2012, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 met several times and formulated a plan to steal objects of cultural heritage displayed within the USGA Golf Museum & Library. During these meetings, Nicholas DOMBEK advocated that the conspirators stretch a cable across the parking lot of the museum and cut down multiple trees in and around the museum to delay any potential response by law enforcement officers.

(62) On or about May 16, 2012, Damien BOLAND drove Conspirator No. 1 to the USGA Golf Museum & Library with the purpose of breaking into the museum and stealing and removing objects of cultural heritage displayed therein.

(63) On or about May 16, 2012, Conspirator No. 1 entered the USGA Golf Museum & Library without authorization, smashed several display cases with a center-punch tool and an axe, stole and removed replicas of the USGA U.S. Amateur Trophy and the Ben Hogan Hickok Belt and then returned to the waiting vehicle driven by Damien BOLAND.

(64) On or about May 16, 2012, Damien BOLAND drove

Conspirator No. 1 and the above-described U.S. Amateur Trophy and Hickok Belt to the residence of Conspirator No. 2 where Damien BOLAND and Conspirator No. 1 melted down the U.S. Amateur Trophy.

(65)   On or about May 17, 2012, Conspirator No. 1 transported the Ben Hogan Hickok Belt, described above in subparagraph (64) to the residence of Nicholas DOMBEK where DOMBEK took off the gems affixed to the trophy and then melted down the trophy into easily transportable smaller metal pieces.

(66)   After May 17, 2012, Conspirator No. 1 transported the resulting metal pieces described above in subparagraphs (64) and (65), in multiple trips, to a business in New York City and sold the metal pieces for a total of between $130,000 to $140,000.

### Harness Racing Museum and Hall of Fame

(67)   Prior to December 18, 2012, Nicholas DOMBEK gave Conspirator No. 1 a collapsible ladder and an axe to use to break into the Harness Racing Museum and Hall of Fame located in Goshen, New York, and to break the glass display cases contained therein.

24

(68)   Prior to December 18, 2012, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 met and formulated a plan to steal objects of cultural heritage displayed within Harness Racing Museum and Hall of Fame located in Goshen, New York.

(69)   On or about December 18, 2012, Damien BOLAND drove Conspirator No. 1 to the Harness Racing Museum and Hall of Fame located in Goshen, New York, with the purpose of breaking into the museum and stealing and removing objects of cultural heritage displayed therein.

(70)   On or about December 18, 2012, Conspirator No. 1 entered the Harness Racing Museum and Hall of Fame without authorization, smashed a glass display case, and stole and removed fourteen trophies displayed therein, including, but not limited to, two Loving Cups each worth over $5000, and a Faberge Silver punchbowl, stand, and ladle worth approximately $150,000.

(71)   On or about December 18, 2012, Damien BOLAND drove Conspirator No. 1 and the objects described above in subparagraph (70) to the residence of Conspirator No. 2 where

25

BOLAND and Conspirator No. 1 inventoried and split up the trophies and other objects.

(72) On or about or after December 18, 2012, Damien BOLAND and Conspirator No. 1 rented a torch from a rental company using the account belonging to Alfred ATSUS with the purpose of using the torch to melt down the trophies and other objects described above in subparagraph (71).

(73) On or about or after December 18, 2012, Conspirator No. 1 transported their share of the trophies and other objects described above in subparagraph (71) to the residence of Nicholas DOMBEK where DOMBEK removed several "coins" attached the Faberge punchbowl, stand, and ladle.

(74) On or about December 19, 2012, at his residence, Nicholas DOMBEK melted down the trophies described above in subparagraph (71) and (73) into easily transportable silver discs.

(75) On or about December 19, 2012, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 transported the resulting silver discs described above in subparagraph (74) to a business in New York City and sold the metal for a total of

approximately $6,000.

(76) After December 18, 2012, Nicholas DOMBEK sold the Faberge "coins" described above in subparagraph (73) to Conspirator No. 3.

(77) After December 18, 2012, Conspirator No. 1 paid Alfred ATSUS $100 in exchange for Alfred ATSUS having let Conspirator No. 1 use ATSUS' rental account to purchase the torch described above in subparagraph (72).

**National Racing Museum and Hall of Fame**

(78) Prior to September 13, 2013, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 made multiple visits to the National Racing Museum and Hall of Fame located in Saratoga Springs, New York, either collectively or individually, to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(79) Prior to September 13, 2013, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 met and formulated a plan to steal objects of cultural heritage displayed within National Racing Museum and Hall of Fame located in Saratoga Springs,

New York.

(80) On or about September 13, 2013, Damien BOLAND drove Conspirator No. 1 to the National Racing Museum and Hall of Fame with the purpose of breaking into the museum and stealing and removing objects of cultural heritage displayed therein.

(81) On or about September 13, 2013, Conspirator No. 1 entered the National Racing Museum and Hall of Fame without authorization, smashed multiple glass display cases with a center-punch tool and grinder, and stole and removed five trophies displayed therein, including, but not limited to, the 1905 Saratoga Special Trophy worth $24,000, the 1903 Brighton Cup Trophy worth $35,000, and the 1903 Belmont Stakes Trophy worth $150,000.

(82) On or about September 13, 2013, Damien BOLAND drove Conspirator No. 1 and the objects of cultural heritage described above in subparagraph (81) to the parking lot of the Saratoga Casino Hotel, located in Saratoga Springs, New York, where Conspirator No. 1 transferred the trophies to Conspirator No. 1's car.

(83)   On or about September 13, 2013, Damien BOLAND and Conspirator No. 1 met at the Denny's restaurant located in Dickson City, Pennsylvania, to inventory the trophies stolen from the National Racing Museum and Hall of Fame, described above in subparagraph (81).

(84)   On or about September 13, 2013, Damien BOLAND and Conspirator No. 1 transported the trophies stolen from the National Racing Museum and Hall of Fame, described above in subparagraph (81) to BOLAND's bar, Collier's Bar, located in Scranton, Pennsylvania, where BOLAND and Conspirator No. 1 melted the trophies down into easily transportable metal pieces.

(85)   On or about or after September 14, 2013, Damien BOLAND and Conspirator No. 1 transported the metal pieces described above in subparagraph (84) to New York City and sold the pieces to an individual known to the Grand Jury in exchange for approximately $150,000 to $160,000.

(86)   After September 14, 2013, Conspirator No. 1 paid Nicholas DOMBEK $30,000 from the proceeds from the sale of the trophies stolen from the National Racing Museum and Hall of

Fame, described above in subparagraph (81), in exchange for DOMBEK's help in planning the theft.

### Yogi Berra Museum & Learning Center

(87)  Prior to October 15, 2014, Nicholas DOMBEK and Conspirator No. 1 made multiple visits to the Yogi Berra Museum & Learning Center, located in Little Falls, New Jersey, either collectively or individually, to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(88)  Prior to October 15, 2014, Nicholas DOMBEK purchased an angle grinder for Conspirator No. 1 to use in the break-in and theft of objects of cultural heritage from the Yogi Berra Museum & Learning Center.

(89)  On or about October 15, 2014, Joseph ATSUS drove Conspirator No. 1 to the vicinity of the Yoga Berra Museum & Learning Center with the purpose of breaking into the museum and stealing and removing objects of cultural heritage displayed therein.

(90)  On or about October 15, 2014, Conspirator No. 1 entered the Yogi Berra Museum & Learning Center without authorization,

smashed multiple glass display cases, and stole and removed objects of cultural heritage displayed therein including, but not limited to, nine (9) World Series rings awarded to Yogi Berra, worth approximately $500,000, seven (7) championship and other rings awarded to Yogi Berra worth approximately $225,000, and two (2) MVP Plaques awarded to Yogi Berra worth approximately $500,000.

(91)   On or about October 15, 2014, after Conspirator No. 1 had removed the objects of cultural heritage stolen from the Yogi Berra Museum & Learning Center, Conspirator No. 1 ran to the waiting vehicle driven by Joseph ATSUS, and Joseph ATSUS then drove Conspirator No. 1 and the stolen objects to the residence of Conspirator No. 2, located in Lackawanna County, Pennsylvania.

(92)   On or about October 16, 2014, Conspirator No. 1 transported the objects of cultural heritage stolen from the Yogi Berra Museum & Learning Center, described above in subparagraph (90) to the residence of Nicholas DOMBEK, where DOMBEK pried all the gemstones and other precious stones from the rings and plaques before melting the rings and plaques down

into easily transportable metal pieces.

(93)  After October 16, 2014, Nicholas DOMBEK and Conspirator
No. 1 transported the stones and metal pieces described above
in subparagraph (92) to New York City where they sold them
for approximately $10,300.

(94)  After October 16, 2014, Conspirator No. 1 paid Joseph ATSUS
approximately $1,700 for ATSUS' role in the theft from the
Yogi Berra Museum & Learning Center.

(95)  After October 16, 2014, Conspirator No. 1 paid Nicholas
DOMBEK approximately $2,500 for DOMBEK's role in the
theft from the Yogi Berra Museum & Learning Center.

### Hillwood Estate, Museum, and Gardens

(96)  Prior to December 31, 2015, Nicholas DOMBEK, Damien
BOLAND, and Conspirator No. 1 made multiple visits to the
Hillwood Estate, Museum, and Gardens located in Washington,
District of Columbia, either collectively or individually, to view
objects of cultural heritage displayed therein and to observe the
security measures protecting said objects.

(97)  Prior to December 31, 2015, Nicholas DOMBEK and

Conspirator No. 1 made a video recording of one of their visits to Hillwood Estate, Museum, and Gardens located in Washington, District of Columbia, with the purpose of utilizing the video recording as an aid in planning the theft from the museum.

(98)   Prior to December 31, 2015, Conspirator No. 4, known to the Grand Jury, drove Damien BOLAND and Conspirator No. 1 to the Hillwood Estate, Museum, and Gardens located in Washington, District of Columbia, with the purpose of breaking into the Hillwood Estate, Museum, and Gardens and stealing and removing objects displayed therein.

## International Boxing Hall of Fame

(99)   Prior to November 5, 2015, Damien BOLAND and Conspirator No. 1 visited the International Boxing Hall of Fame, located in Canastota, New York, to view objects displayed therein and to observe the security measures protecting said objects.

(100)  On or about November 5, 2015, Damien BOLAND drove Conspirator No. 1 to the vicinity of the International Boxing Hall of Fame with the purpose of breaking into the Hall of Fame and stealing and removing objects displayed therein.

(101) On or about November 5, 2015, Conspirator No. 1 entered the International Boxing Hall of Fame without authorization, smashed multiple glass display cases with an axe, and stole and removed objects displayed therein including, but not limited to, four (4) championship belts awarded to the boxer Carmen Basillio and two (2) championship belts awarded to the boxer Tony Zale.

(102) On or about November 5, 2015, after Conspirator No. 1 had removed the championship belts from the International Boxing Hall of Fame, described above in subparagraph (101), Damien BOLAND picked Conspirator No. 1 up in a vehicle and drove Conspirator No. 1 and the championship belts to the residence of Nicholas DOMBEK.

(103) On or about November 5, 2015, Nicholas DOMBEK pried all the gemstones and other precious stones from the championship belts stolen from the International Boxing Hall of Fame, described above in subparagraph (101) before melting the belts down into easily transportable metal pieces.

(104) After November 5, 2015, Damien BOLAND and Conspirator No. 1 transported the stones and metal pieces described above

34

in subparagraph (103) to New York City where they sold them

for approximately $400.

### Roger Maris Museum

(105) Prior to July 26, 2016, Nicholas DOMBEK and Conspirator

No. 1 researched the locations of Hickok Belts on display

around the country.

(106) Prior to July 26, 2016, Nicholas DOMBEK gave Conspirator

No. 1 a fireman's uniform to wear during the planned theft

from the Roger Maris Museum in Fargo, North Dakota.

(107) Prior to July 26, 2016, Damien BOLAND and Conspirator No.

1 drove from Pennsylvania to Fargo, North Dakota and visited

the Roger Maris Museum located inside the West Acre Mall in

Fargo, North Dakota, to view objects belonging to Roger Maris

displayed therein and to observe the security measures

protecting said objects.

(108) Prior to July 26, 2016, Conspirator No. 2 rented a vehicle from

the Wilkes-Barre/Scranton Airport in Avoca, Pennsylvania, for

Damien BOLAND and Conspirator No. 1 to use in the planned

theft from the Roger Maris Museum.

(109) On or about July 26, 2016, Damien BOLAND drove

Conspirator No. 1 to the West Acre Mall with the purpose of breaking into the mall and stealing and removing objects displayed in the Roger Maris Museum contained therein.

(110) On or about July 26, 2016, Conspirator No. 1 entered the Roger Maris Museum located within the West Acre Mall in Fargo, North Dakota, without authorization while wearing a fireman's uniform and carrying an axe and wearing a cordless grinder strapped around Conspirator No. 1's body with a rope.

(111) On or about July 26, 2016, while inside the Roger Maris Museum, Conspirator No. 1 smashed multiple display cases, stole and removed objects displayed therein including, but not limited to, the Hickok Belt and MVP Trophy awarded to Roger Maris.

(112) On or about July 26, 2016, after Conspirator No. 1 had removed the trophies from the Roger Maris Museum, described above in subparagraph (111), Damien BOLAND picked Conspirator No. 1 up in a vehicle and drove Conspirator No. 1 and the trophies back to Pennsylvania.

(113) On or about July 26, 2016, a few miles from the Roger Maris Museum located in Fargo, North Dakota, Damien BOLAND

36

stopped the vehicle so that Conspirator No. 1 could take off stolen license plates that Conspirator No. 1 had earlier placed on the vehicle to avoid detection during the theft of the Roger Maris Museum.

(114) On or about July 26, 2016, Damien BOLAND, and Conspirator No. 1, inside of Collier's Bar, Scranton, Pennsylvania, split the Hickok Belt stolen from the Roger Maris Museum, described above in subparagraph (111), in half, and weighed both halves, ensuring that both BOLAND and Conspirator No. 1 received equal halves for their participation in the theft of the Roger Maris Museum.

(115) On or about July 26, 2016, Conspirator No. 1 transported the Roger Maris MVP Trophy and Conspirator No. 1's half of the Hickok Belt to the residence of Nicholas DOMBEK, so that DOMBEK could extract any precious stones and melt down the objects into easily transportable metal pieces.

(116) On or about July 26, 2016, Nicholas DOMBEK pried all the gemstones and other precious stones from the Hickok Belt and MVP Trophy stolen from the Roger Maris Museum, described above in subparagraph (111) before melting the objects down

37

into easily transportable metal pieces.

(117) After July 26, 2016, Damien BOLAND and Conspirator No. 1 transported the stones and metal pieces described above in subparagraphs (111) and (116) to New York City where they sold them for cash.

### Franklin Mineral Museum

(118) Prior to June 19, 2017, Nicholas DOMBEK and Conspirator No. 1 visited the Franklin Mineral Museum, located in Franklin, New Jersey, to view objects displayed therein and to observe the security measures protecting said objects. During the trip, Nicholas DOMBEK advised Conspirator No. 1 that there was an outdoor picnic table which Conspirator No. 1 could use as a ladder to climb on to the roof of the museum.

(119) On or about June 19, 2017, Conspirator No. 1 attempted to enter the Franklin Mineral Museum using the outdoor picnic table previously pointed out by Nicholas DOMBEK, however, the picnic table was not high enough to allow Conspirator No. 1 access to the roof of the museum.

(120) On or about June 19, 2017, Conspirator No. 1 utilized a ladder to scale the roof of the Franklin Mineral Museum, smash a

glass skylight in the museum, and entered the Franklin Mineral Museum without authorization.

(121) On or about June 19, 2017, once inside the Franklin Mineral Museum, Conspirator No. 1 smashed display cases with a center punch tool, and stole and removed objects displayed therein including, but not limited to, numerous small gems and minerals worth approximately $11,000.

(122) On or about June 19, 2017, after removing the gems and minerals described above in subparagraph (121), Conspirator No. 1 then used the same ladder described in subparagraph (120) to climb back to the roof of the museum, before pulling the ladder up to the roof and then using the ladder to climb down to the ground outside of the museum.

(123) On or about June 19, 2017, after Conspirator No. 1 had removed the gems and minerals from the Franklin Mineral Museum, described above in subparagraph (121), an individual known to the Grand Jury picked Conspirator No. 1 up in a vehicle and drove Conspirator No. 1 and stolen gems and minerals to the residence of Nicholas DOMBEK.

(124) On or about June 19, 2017, Nicholas DOMBEK and

39

Conspirator No. 1 transported the gems and minerals described above in subparagraph (121) to New York City where they unsuccessfully attempted to sell the gems and minerals.

(125) On or about September 19, 2019, Nicholas DOMBEK possessed the gems and minerals stolen from the Franklin Mineral Museum described above in subparagraph (121) in his residence.

### Antique's Exchange

(126) On or about February 21, 2018, Conspirator No. 1 smashed the front door of Antique's Exchange, an antiques store located in Hawley, Pennsylvania, and entered the store without authorization.

(127) On or about February 21, 2018, while inside Antique's Exchange, Conspirator No. 1 smashed a display case, and stole and removed objects displayed therein including, but not limited to, antique coins and jewelry.

(128) On or about February 21, 2018, Conspirator No. 1 transported the coins and jewelry stolen from Antique's Exchange described above in subparagraph (127) to the residence of

Nicholas DOMBEK, after which Conspirator No. 1 sold several

coins to Conspirator No. 3.

(129) On or about February 21, 2018, Nicholas DOMBEK melted

down the remaining coins and jewelry into easily

transportable metal pieces.

(130) After February 21, 2018, Conspirator No. 1 transported the

metal pieces described above in subparagraph (129) to New

York City where Conspirator No. 1 sold them for

approximately $1100.

## Cade's Coins

(131) Prior to March 18, 2018, while at the residence of Nicholas

DOMBEK, Conspirator No. 3 informed Conspirator No. 1, that

Conspirator No. 3 had seen a large bag filled with silver coins

at Cade's Coins, a store located in Exeter, Pennsylvania.

(132) Prior to March 18, 2018, while at the residence of Nicholas

DOMBEK, Conspirator No. 3 drew a map of the interior of

Cade's Coins on the ground with the purpose of aiding

Conspirator No. 1 in the planned break-in and theft from

Cade's Coins.

(133) On or about March 18, 2018, Conspirator No. 1 smashed open

41

the door of Cade's Coins and entered the store without authorization.

(134) On or about March 18, 2018, while inside Cade's Coins, Conspirator No. 1 smashed multiple display cases and stole and removed objects displayed therein including, but not limited to, rings, coins, and jewelry.

(135) On or about March 18, 2018, Conspirator No. 1 transported the rings, coins, and jewelry stolen from Cade's Coins, described above in subparagraph (134) to the residence of Nicholas DOMBEK, after which Conspirator No. 1 gave several rings to Conspirator No. 3.

(136) On or about March 18, 2018, Nicholas DOMBEK melted down the remaining rings, coins, and jewelry stolen from Cade's Coins, described above in subparagraph (134) into easily transportable metal pieces.

(137) On or about or after March 18, 2018, Nicholas DOMBEK and Conspirator No. 1 transported the metal pieces described above in subparagraph (136) to New York City where they sold them for cash.

(138) On or about September 19, 2019, Conspirator No. 3 possessed

the rings given to him by Conspirator No. 1, as described

above in subparagraph (135).

## Bertoni Gallery

(139) On or about June 18, 2018, Conspirator No. 1 broke the

window of the Bertoni Gallery, located in Chester, New York,

and entered the store without authorization.

(140) On or about June 18, 2018, while inside the Bertoni Gallery,

Conspirator No. 1 smashed multiple display cases and stole

and removed objects displayed therein including, but not

limited to, jewelry, rings, and other small metallic objects.

(141) On or about June 18, 2018, Conspirator No. 1 transported the

jewelry, rings, and other items stolen from the Bertoni

Gallery, described above in subparagraph (140) to the

residence of Nicholas DOMBEK.

(142) On or about June 18, 2018, Nicholas DOMBEK melted down

the jewelry, rings, and other items stolen from the Bertoni

Gallery into easily transportable metal pieces.

(143) After June 18, 2018, Conspirator No. 1 transported the metal

pieces described above in subparagraph (142) to New York

City where Conspirator No. 1 sold them for approximately

43

$6,000 to $7,000.

(144) After June 18, 2018, Conspirator No. 1 paid Nicholas DOMBEK $1,000 for DOMBEK's help in melting down the jewelry, rings, and other items stolen from the Bertoni Gallery.

### Basic Irish Luxury

(145) On or about October 11, 2018, Conspirator No. 5 drove Conspirator No. 1 to the Basic Irish Luxury store located in Newport, Rhode Island, with the purpose of breaking into the store and stealing and removing items displayed for sale therein.

(146) On or about October 11, 2018, Conspirator No. 1 entered the Basic Irish Luxury store without authorization and stole and removed jewelry and other items from the store.

(147) On or about October 11, 2018, Conspirator No. 5 transported Conspirator No. 1 and the items stolen from the Basic Irish Luxury store from Newport, Rhode Island to Lackawanna County, Pennsylvania.

(148) On or about October 11, 2018, Conspirator No. 1 gave Conspirator No. 5 several rings as payment for driving

Conspirator No. 1 to and from the theft at the Basic Irish Luxury store.

(149) On or about October 11, 2018, Conspirator No. 1 transported the items stolen from the Basic Irish Luxury store to the residence of Nicholas DOMBEK, located in Lackawanna County, Pennsylvania, to allow DOMBEK to melt down the items into easily transportable metal pieces.

(150) On or about October 11, 2018, Conspirator No. 1 took the metal pieces described above in subparagraph (149) to New York City where Conspirator No. 1 exchanged the metal pieces for cash.

### Harvard Mineralogical & Geological Museum

(151)  Prior to April of 2019, Nicholas DOMBEK, Damien BOLAND, and Conspirator No. 1 made multiple visits to the Harvard Mineralogical & Geological Museum in Cambridge, Massachusetts, either collectively or individually, to view objects of cultural heritage displayed therein and to observe the security measures protecting said objects.

(152) Prior to April of 2019, Nicholas DOMBEK and Conspirator No. 1 made a video recording of one of their visits to the Harvard Mineralogical & Geological Museum in Cambridge,

45

Massachusetts, with the purpose of utilizing the video

recording as an aid in planning the theft from the museum.

(153) Prior to April of 2019, Damien BOLAND and Conspirator No. 1 made a video recording of one of their visits to the Harvard Mineralogical & Geological Museum in Cambridge, Massachusetts, with the purpose of utilizing the video recording as an aid in planning the theft from the museum.

(154) Prior to April of 2019, Conspirator No. 5 created a "Hasidic" disguise for Conspirator No. 1 to wear in a planned theft from the Harvard Mineralogical & Geological Museum in Cambridge, Massachusetts.

(155) Prior to April of 2019, prior to Conspirator No. 1 driving to Cambridge, Massachusetts, with the purpose of stealing objects of cultural heritage displayed within the Harvard Mineralogical & Geological Museum, and while inside Conspirator No. 5's residence in Lackawanna County, Pennsylvania, Conspirator No. 5 dressed Conspirator No. 1 in the "Hasidic" disguise described above in subparagraph (154).

(156) Prior to April of 2019, Nicholas DOMBEK made a collapsible ladder for Conspirator No. 1 to use in the planned theft of

objects of cultural heritage from the Harvard Mineralogical & Geological Museum.

(157) Prior to April of 2019, Conspirator No. 1 drove to the Harvard Mineralogical & Geological Museum with the intent to steal a diamond displayed therein, however, upon entering the museum, Conspirator No. 1 discovered that the diamond was no longer on display.

(158) On or about June 10, 2019, Damien BOLAND stated to Conspirator No. 1 that BOLAND was short of money and that BOLAND and Conspirator No. 1 should break into the National Racing Museum and Hall of Fame again to steal other trophies displayed therein.

All in violation of Title 18, United States Code, Section 371.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. §668
(Theft of Major Artwork)

16.     The factual allegations in paragraphs 1 through 15 are incorporated here.

17.     On or about November 18, 2005, in Lackawanna County,

within the Middle District of Pennsylvania, the defendants,

(1) NICHOLAS DOMBEK,
(2) DAMIEN BOLAND,
(3) ALFRED ATSUS, and
(4) JOSEPH ATSUS,

aided and abetted and aiding and abetting each other and others known to the Grand Jury, did steal from the care, custody, and control of a museum an object of cultural heritage: that is, "Le Grand Passion" by Andy Warhol from the Everhart Museum.

All in violation of Title 18, United States Code, Sections 668(b)(1) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

18.   The factual allegations in paragraphs 1 through 15 and paragraph 17, are incorporated here.

19.   On or about November 18, 2005, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) NICHOLAS DOMBEK,
(2) DAMIEN BOLAND,
(3) ALFRED ATSUS, and

48

(4) **JOSEPH ATSUS,**

knowing that an object of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the object: that is, "Le Grand Passion" by Andy Warhol, stolen from the Everhart Museum.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT 4
18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

20.   The factual allegations in paragraphs 1 through 15 are incorporated here.

21.   On or about June 28, 2006, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,**
(2) **DAMIEN BOLAND,**
(3) **ALFRED ATSUS,** and
(4) **JOSEPH ATSUS,**

knowing that objects of cultural heritage had been stolen or obtained by

fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects: that is, a 1861 Colt Dragoon .44 caliber 6-shot percussion revolver, a 1857 Colt Walker .44 caliber 6-shot percussion revolver, and a 1836 Colt Paterson .36 caliber 5-shot revolver, all stolen from the Space Farms Zoo and Museum, located in Wantage, New Jersey.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

<u>**COUNT 5**</u>
18 U.S.C. §668
(Theft of Major Artwork)

22.    The factual allegations in paragraphs 1 through 15 are incorporated here.

23.    On or about July 2, 2010, in Lackawanna County, within the Middle District of Pennsylvania, the defendant,

(2)**DAMIEN BOLAND,**

aided and abetted and aiding and abetting another individual known to the Grand Jury, did steal from the care, custody, and control of a museum

an object of cultural heritage: that is, a 1903-1904 Tiffany lamp, stamped with "Tiffany Studios," and with serial number 29743-2, from the Lackawanna County Historical Society, located in Scranton, Pennsylvania.

All in violation of Title 18, United States Code, Sections 668(b)(1) and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT 6
18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

24.    The factual allegations in paragraphs 1 through 15, and paragraph 23, are incorporated here.

25.    On or about July 2, 2010, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### (2) DAMIEN BOLAND,

knowing that an object of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting another individual known to the Grand Jury, did receive, conceal, exhibit, and dispose of the object: that is, a 1903-1904

Tiffany lamp, stamped with "Tiffany Studios," and with serial number 29743-2, stolen from the Lackawanna County Historical Society, located in Scranton, Pennsylvania.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
### 18 U.S.C. §668
### (Concealment or Disposal of Major Artwork)

26.     The factual allegations in paragraphs 1 through 15 are incorporated here.

27.     On or about March 2, 2011, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,**
(2) **DAMIEN BOLAND,**
(3) **ALFRED ATSUS,** and
(4) **JOSEPH ATSUS,**

knowing that objects of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects: that is, "Upper Hudson", an 1871 painting by Jasper Crospey, a W.F. Mills & Son Model

1860 7-barrel percussion rifle, a/k/a "Tiger Gun," and an Aston Model 1851 Cavalry pistol, all stolen from the Ringwood Manor, located in Ringwood, New Jersey.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
### 18 U.S.C. §668
### (Concealment or Disposal of Major Artwork)

28.    The factual allegations in paragraphs 1 through 15 are incorporated here.

29.    On or about May 6, 2012, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,** and
(2) **DAMIEN BOLAND,**

knowing that objects of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects: that is, a replica of Ben Hogan's Hickok Belt, and a replica of the U.S. Amateur Trophy, all stolen from the USGA Golf Museum & Library, located in Liberty Corner,

New Jersey.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 9
### 18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

30.   The factual allegations in paragraphs 1 through 15 are incorporated here.

31.   On or about December 18, 2012, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,** and
(2) **DAMIEN BOLAND,**

knowing that objects of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects: that is, a 1902 Loving Cup, a Loving Cup made prior to 1912, a Faberge Silver punchbowl, stand, and ladle, made prior to 1912, all stolen from the Harness Racing Museum and Hall of Fame, located in Goshen, New York.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 10
### 18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

32.  The factual allegations in paragraphs 1 through 15 are incorporated here.

33.  On or about September 13, 2013, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK**, and
(2) **DAMIEN BOLAND**,

knowing that objects of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects; that is, the 1905 Saratoga Special Trophy, the 1903 Brighton Cup Trophy, and the 1903 Belmont Stakes Trophy, all stolen from the National Museum of Racing and Hall of Fame, located in Saratoga Springs, New York.

All in violation of Title 18, United States Code, Sections 668(b)(2) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 11
### 18 U.S.C. §668
### (Concealment or Disposal of Major Artwork)

34.   The factual allegations in paragraphs 1 through 15 are incorporated here.

35.   On or about October 15, 2014, in Lackawanna County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

(1) **NICHOLAS DOMBEK,** and
(4) **JOSEPH ATSUS,**

knowing that objects of cultural heritage had been stolen or obtained by fraud from the care, custody, or control of a museum, aided and abetted and aiding and abetting each other and others known to the Grand Jury, did receive, conceal, exhibit, and dispose of the objects; that is, nine (9) World Series rings awarded to Yogi Berra, seven (7) other championship rings awarded to Yogi Berra, and two (2) MVP Plaques awarded to Yogi Berra, all stolen from the Yogi Berra Museum & Learning Center, located in Little Falls, New Jersey.

All in violation of Title 18, United States Code, Sections 668(b)(2)

and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 12
18 U.S.C. §668
(Concealment or Disposal of Major Artwork)

36.    The factual allegations in paragraphs 1 through 15 are

incorporated here.

37.    On or about or after July 26, 2016, in Lackawanna County,

within the Middle District of Pennsylvania, and elsewhere, the

defendants,

(1) **NICHOLAS DOMBEK, and**
(2) **DAMIEN BOLAND,**

knowing that objects of cultural heritage had been stolen or obtained by

fraud from the care, custody, or control of a museum, aided and abetted

and aiding and abetting each other and others known to the Grand Jury,

did receive, conceal, exhibit, and dispose of the objects; that is, the

Hickok Belt and MVP Trophy awarded to Roger Maris, all stolen from the

Roger Maris Museum, located in Fargo, North Dakota.

All in violation of Title 18, United States Code, Sections 668(b)(2)

and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 13
18 U.S.C. §2314
(Interstate Transportation of Stolen Property)

38.    The factual allegations in paragraphs 1 through 15 are
incorporated here.

39.    On or about or after June 18, 2018, in Lackawanna County,
within the Middle District of Pennsylvania, and elsewhere, the defendant,

### (1) NICHOLAS DOMBEK,

aided and abetted, and aiding and abetting others known to the Grand
Jury, transported in interstate commerce goods, wares, merchandise,
securities, and money, of the value of $5,000 or more, knowing the same
to have been stolen, converted, or taken by fraud: namely, an assortment
of coins, jewelry, and other objects stolen from the Bertoni Gallery in
Chester, New York to Lackawanna County, Pennsylvania, and then to
New York County, New York.

All in violation of Title 18, United States Code, Sections 2314 and 2.

THE GRAND JURY FURTHER ALLEGES:

## FORFEITURE ALLEGATION

40.    The allegations contained in Counts 1 and 13 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

41.    Upon conviction of the offenses in violation of Title 18, United States Code, Sections 371 and 2314, the defendants,

(1) **NICHOLAS DOMBEK,**
(2) **DAMIEN BOLAND,**
(3) **ALFRED ATSUS,** and
(4) **JOSEPH ATSUS,**

shall forfeit to the United States of America, any property, real or personal, involved in such offenses, or any property traceable to such property, including but not limited to:

(1)    "Le Grande Passion", by Andy Warhol;

(2)    An 1861 Colt Dragoon .44 caliber 6-shot percussion revolver;

(3)    An 1847 Colt Walker .44 caliber 6-shot percussion revolver;

(4)    An 1836 Colt Paterson .36 caliber 5-shot revolver;

(5)    An 1903-1904 Tiffany Lamp stamped with "Tiffany Studios" with serial number 29743;

(6)    "Upper Hudson" by Jasper Crospey;

(7)    A W.F. Mills & son Model 1860 7-barrel percussion rifle, serial number 2193 ("Tiger Gun");

(8)    An Aston Model 1851 Cavalry Pistol;

(9)    A Replica of the 1953 Hickok Belt awarded to Ben Hogan;

(10)    A Replica of the USGA U.S. Amateur Trophy;

(11)    Two Loving Cups;

(12)    A Faberge Silver punchbowl, stand, and ladle;

(13)    The 1905 Saratoga Special Trophy;

(14)    The 1903 Brighton Cup Trophy;

(15)    The 1903 Belmont Stakes Trophy;

(16)    Nine (9) World Series Rings awarded to Yogi Berra;

(17)    Seven (7) championship and other rings awarded to Yogi Berra;

(18)    Two MVP Plaques awarded to Yogi Berra;

(19)    The 1961 Hickok Belt awarded to Roger Maris; and

(20)   The 1961 MVP Trophy awarded to Roger Maris;

42.   If any of the property described above, as a result of any act or omission of the defendant:

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with, a third party;

     c. has been placed beyond the jurisdiction of the court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C)

and Title 28, United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

JAMES M. BUCHANAN
Assistant United States Attorney

6/6/2023
Date

62