FILED
SCRANTON
JUN 0 6 2023
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:23-CR- 149 |
| v. | : | |
| ALFRED ATSUS, | : | (MEHALCHICK, M.J.) |
| Defendant. | : | |

## ORDER FOR WARRANT

NOW, this 6th day of June 2023, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby ORDERED that a warrant be issued for the arrest of the above-named defendant, **ALFRED ATSUS**.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
KAROLINE MEHALCHICK
U.S. CHIEF MAGISTRATE JUDGE