AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| ALFRED ATSUS | ) Case No. 3:23CR149 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alfred Atsus ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC §371  Conspiracy to Commit Theft of Major Artwork, Conceallment and Disposal of Major Artwork and Interstate Transportation of Stolen Property
18 USC §668 Theft of Major Artwork

Date:   06/06/2023

_____
*Issuing officer's signature*

City and state:   Scranton, Pennsylvania

Sylvia C. Murphy, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      _____ *Arresting officer's signature* |
|     _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____