UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : 3:23-CR-149-3 |
| | : |
| ALFRED ATSUS, | : |
| | : |
| Defendant | : |

**PLEA**

AND NOW, this 15 day of June, 2023, the within named Defendant, ALFRED ATSUS, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Indictment.

_____
Defendant

*FILED WILKES-BARRE JUN 15 2023 PER [signature] DEPUTY CLERK*