UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:23-CR-149 |
| NICHOLAS DOMBEK | : | (JUDGE MANNION) |
| DAMIEN BOLAND | | |
| ALFRED ATSUS | : | |
| JOSEPH ATSUS | | |
| Defendants | : | |

TYPE OF CASE:  CRIMINAL

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT  **COURTROOM:** 3
WILLIAM J. NEALON FEDERAL BLDG. &
UNITED STATES COURTHOUSE
235 N. WASHINGTON AVE.
SCRANTON, PA   18501

**DATE AND TIME:**
Thursday, March 14, 2024
at 9:30 a.m.

**TYPE OF PROCEEDING:  STATUS CONFERENCE (Attorneys Only)**

**DATE:** March 11, 2024

PETER J. WELSH, CLERK

s/ G. Gebhardt
Gina Gebhardt

**TO:**  HON. MALACHY E. MANNION, US DISTRICT JUDGE
JAMES BUCHANAN, ESQUIRE, AUSA
ERNEST D. PREATE, ESQUIRE
MATTHEW L. CLEMENTE, ESQUIRE
JASON J. MATTIOLI, ESQUIRE
PATRICK A. CASEY, ESQUIRE
U.S. PROBATION
U.S. MARSHAL
CT. REPORTER